# UNITED STATES DISTRICT COURT
FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs

SUSAN GILBERT, et. al.

C.R. 21-79-RJC

Time for Selection: 9:30 AM

Date: November 14, 2023 and November 15, 2023

| | NO. | NAME OF JUROR |
|---|---|---|
| D2 | 1 | ~~Julie Brooksher [Juror #1] Pool# 361~~ |
| D6 | 2 | ~~Amber Gross [Juror #3] Pool#271~~ |
| D1 | 3 | ~~Sarah Kelley [Juror #4] Pool #371~~ |
| D4 | 4 | ~~Lori Samuels [Juror #5] Pool #253~~ |
| D7 | 5 | ~~Sandra Jones [Juror #6] Pool#355~~ |
| | 6 | Cynthia Paul [Juror #9] Pool #312 |
| | 7 | Christa Bupp [Juror#11] Pool#382 |
| D3 | 8 | ~~Stephanie Mangan [Juror #12] Pool#266~~ |
| | 9 | Jordan Luchkiw [Juror #13] Pool# 333 |
| G4 | 10 | ~~Julie Miller [Juror #16] Pool #303~~ |
| | 11 | Debra Flood [Juror #18] Pool #235 |
| G1 | 12 | ~~Jeanne Jack [Juror #20] Pool #365~~ |
| | 13 | Barbara Coppetti [Juror #28] Pool #259 |
| G5 | 14 | ~~Duane Rutkowsky [Juror #30] Pool #336~~ |
| D8 | 15 | ~~Shannon Indof [Juror #31] Pool #274~~ |
| D5 | 16 | ~~Lynn Nixon [Juror #35] Pool #236~~ |
| | 17 | Alex Rose [Juror# 38] Pool #130 |
| G2 | 18 | ~~Robert Russ [Juror #39] Pool #256~~ |
| D9 | 19 | ~~Andrea Morakis [Juror #44] Pool#251~~ |
| D10 | 20 | ~~Sarah Langnecker [Juror #45] Pool #269~~ |
| | 21 | Brendan McGuire [Juror #46] Pool #234 |
| | 22 | Erin Toomey [Juror #47] Pool #249 |
| G6 | 23 | ~~Rhonda Martini [Juror #48] Pool #374~~ |
| G3 | 24 | ~~Cynthia Giusti [Juror #50] Pool #165~~ |
| | 25 | Alexander Pane [Juror #53] Pool #325 |
| | 26 | Sean Colledge [Juror#58] Pool #294 |
| | 27 | Karen Jordan [Juror #61} Pool#322 |
| | 28 | Carey Baldwin [Juror #63] Pool #267 |

Alternates

| | | | |
|---|---|---|---|
| 29 | Terrance Thompson [Juror #65] Pool #295 | 33 | Cain Kaltenbaugh [Juror #70] Pool #250 |
| 30 | ~~William Doman [Juror #67] Pool#197~~ D2 | 34 | ~~Curry Mura [Juror #71] Pool#305~~ D1 |
| 31 | ~~Matthew Zimmerman [Juror #68] Pool #310~~ G1 | 35 | ~~Ariel Grassi [Juror #72] Pool #330~~ G2 |
| 32 | Peter Evered [Juror #69] Pool #347 | 36 | Scott Brown [Juror #73] Pool #349 |