# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **PENNSYLVANIA**

UNITED STATES OF AMERICA

V.

SUSAN GILBERT et. al.

## WITNESS LIST

Case Number: 2:21-cr-79

| | |
|---|---|
| PRESIDING JUDGE<br>Hon. Robert J. Colville | PLAINTIFF'S ATTORNEY K. Gal-Or, A. McKendry, J. Brown, N. Stockey, S. Kaufman |
| TRIAL DATE (S)<br>11/14/23 - 12/15/23 | COURT REPORTER B. Loch |

DEFENDANT'S ATTORNEY J. Meltz, J. Ogrosky, J. Gatta, T. Smith, P. Pelletier, B. Moskow-Schnoll, M. Kussmaul, A. Carver, C. Reeker, C.Callahan

COURTROOM DEPUTY C.Orendi

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/16/2023 | | | Stephanie Nusser |
| 2 | | 11/20/2023 | | | Susan Williamson |
| 3 | | 11/21/2023 | | | Ashley Ifft |
| 4 | | 11/21/2023 | | | Jamie Folkens |
| 5 | | 11/28/2023 | | | John Reichard |
| 6 | | 11/28/2023 | | | Howard (Jerry) Pannell |
| 7 | | 11/28/2023 | | | Jane Quinn |
| 8 | | 11/29/2023 | | | Susan Gerard |
| 9 | | 11/29/2023 | | | Jamie Worthy-Smith |
| 10 | | 11/29/2023 | | | Julianne Dobish |
| 11 | | 11/29/2023 | | | Vivian Miller |
| 12 | | 11/29/2023 | | | Tracie Benson |
| 13 | | 11/30/2023 | | | Yochanan Naiditch (Yochi) |
| 14 | | 11/30/2023 | | | Michelle Vogelsberger |
| 15 | | 11/30/2023 | | | Ocie Teska |
| 16 | | 11/30/2023 | | | Amanda Avoila |
| 17 | | 12/1/2023 | | | Susan Harrington |
| 18 | | 12/1/2023 | | | Kathryn Gleason |
| 19 | | 12/4/2023 | | | Kerry Weaver - Expert Witness |
| 20 | | 12/5/2023 | | | Jill Blessington |
| 21 | | 12/5/2023 | | | Gail Santangelo |
| 22 | | 12/5/2023 | | | Chris Johnson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | SUSAN GILBERT et. al. | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 12/6/2023 | | | Janis Kelley |
| 24 | | 12/6/2023 | | | Daniel Sharar |
| 25 | | 12/7/2023 | | | John Kane |
| 26 | | 12/7/2023 | | | Megan Swan |
| 27 | | 12/7/2023 | | | SA Amber Leszczynski |
| 28 | | 12/8/2023 | | | Evan Shulman |
| 29 | | 12/11/2023 | | | Annette Mcateer |
| | 1 | 12/12/2023 | | | Karen Lightner |
| | 2 | 12/12/2023 | | | Eugene St, Clair |
| | 3 | 12/12/2023 | | | Wesley Parrish |
| | 4 | 12/12/2023 | | | Marilyn Chew |