# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | PENNSYLVANIA |

UNITED STATES OF AMERICA

V.

SUSAN GILBERT et. al.

**EXHIBIT LIST**

Case Number: 2:21-cr-79

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Robert J. Colville | K. Gal-Or, A. McKendry, J. Brown, N. Stockey, S. Kaufman | J. Meltz, J. Ogrosky, J. Gatta, T. Smith, P. Pelletier, B. Moskow-Schnoll, M. Kussmaul, A. Carver, C. Reeker, C.Callahan |
| TRIAL DATE (S) 11/14/23 - 12/15/23 | COURT REPORTER B. Loch | COURTROOM DEPUTY C.Orendi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4257 | | 11/20/2023 | X | | Federal Regulation Regarding Nursing Services |
| 4711 | | 11/20/2023 | X | X | Critical Element Pathway for Nursing |
| 4250 | | 11/20/2023 | X | | Nursing Staffing Regulations |
| 3087 | | 11/20/2023 | X | X | Provider Pointers on Calculating Nursing Hours rev 2016 |
| 880 | | 11/20/2023 | X | X | Provisional License 1 |
| 881 | | 11/20/2023 | X | X | Provisional Licesnse 2 |
| 28 | | 11/20/2023 | X | X | Statement of Deficiency for Brighton 6/18/2018 |
| 929a | | 11/20/2023 | X | X | Portion of Survey Packet |
| 929b | | 11/20/2023 | X | X | Record Regarding "Maintaining Mursing Hours at Mandated Levels |
| 929c | | 11/20/2023 | X | X | Facility Policy Statement |
| 928 | | 11/20/2023 | X | X | Nursing Care Hours Grid |
| 935a | | 11/20/2023 | X | X | Complaint Survey |
| 938a | | 11/20/2023 | X | X | Complaint Survey |
| 950a | | 11/20/2023 | X | X | Complaint Survey |
| 940 | | 11/20/2023 | X | X | Nursing Care Hours Grid |
| 24 | | 11/20/2023 | X | X | Statement of Deficiency |
| 959a | | 11/20/2023 | X | X | Cover Sheet for Survey |
| 956 | | 11/20/2023 | X | X | Nursing Care Hours Grid |
| 961 | | 11/20/2023 | X | X | Nursing Care Hours Grid |
| 33 | | 11/20/2023 | X | X | Statement of Deficiency 9/13/2019 |
| 957a | | 11/20/2023 | X | X | Brighton Servey 1/24/2020 Part 1 |
| 955 | | 11/20/2023 | X | x | Nursing care grid with schedules attached |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __16__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | SUSAN GILBERT et. al. | | CASE NO. 2:21-cr-79 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 988 | | 11/20/2023 | X | X | Nursing Care hours for Mount Lebanon for 9/20-9/26 ; 9/27-10/3 and 10/4-10/10 | |
| 1 | | 11/20/2023 | X | X | 2567 Statement of Deficiency 10/10/2018 | |
| 990a | | 11/20/2023 | X | X | Cover Sheet to Communicate Internal Communications with Supervisor | |
| 991c | | 11/20/2023 | X | X | Fax Coversheet from facility to Surveyor | |
| 991b | | 11/20/2023 | X | X | Nursing Care Hours Total for each category | |
| 3 | | 11/20/2023 | X | X | 2567 Statement 1of Deficiency for Mount Lebanon 10/4/2019 | |
| 992a | | 11/20/2023 | X | X | Internal Memoradum for Mount Lebanon Srurvey 11/13 and 11/14 2019 Offsite revisist | |
| 992b | | 11/20/0203 | X | X | Surveyor Notes Worksheet for 11/13 and 11/14 2019 | |
| 992c | | 11/20/2023 | X | X | Guidance to help calculate Nursing Hours | |
| 992d | | 11/20/2023 | X | X | Nursing hours for Mount Lebanon Facility 10/20-10/26; 10/27-11/2 11/3-11/9 | |
| 986a | | 11/20/2023 | X | X | Coversheet of Survey done at Mt. Lebanon 1/3/2020 - 1/14/2020 | |
| 987 | | 11/20/2023 | X | X | Nursing Care Hours Grid Sheet with 11/17 - 11/23; 11/24-11/30; 12/22-12/28 | |
| 993a | | 11/20/2023 | X | X | Complaint Survey Completed at Mt. Lebanon 2/20/2020 | |
| 994 | | 11/20/2023 | X | X | Staffing Schedules and Staffing Grid | |
| | H1 | 11/16/2023 | X | | Defendant Hamilton Demonstrative Chart of Indictment | |
| | H2 | 11/16/2023 | X | | Defendant Hamilton Demonstrative Picture of Brighton Nursing Home | |
| | Ha1 | 11/21/2023 | X | | Defendant Halper Demonstrative Collective Bargaining Agreement | |
| 4379 | | 11/21/2023 | X | | Brighton Timesheet | |
| 3275 | | 11/21/2023 | X | | Written Note by Ms. Fowlkens | |
| 3753 | | 11/21/2023 | X | X | Redacted MDS Resident Screening | |
| 3758 | | 11/21/2023 | X | X | Audit Report for TM | |
| 3762 | | 11/21/2023 | X | X | Progress notes for TM by Susan Gerad | |
| 3761 | | 11/21/2023 | X | X | Progress notes for TM by Johnna Haller | |
| 3541 | | 11/21/2023 | X | X | MDS for patient CH | |
| 3546 | | 11/21/2023 | X | X | Audit Report of Pataient CH by Johnna Haller | |
| 3547 | | 11/21/2023 | X | X | Audit Report of Patient CH by Susan Gerad | |
| 3540 | | 11/21/2023 | X | X | Progress Note for CH by Johnna Haller | |

AO 187A (Rev. 7/87)                     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | SUSAN GILBERT et. al. | | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 4213 | | 11/21/2023 | X | X | MDS for GZ |
| 4218 | | 11/21/2023 | X | X | Audit Report for GZ |
| 4220 | | 11/21/2023 | X | X | Progress notes for GZ by S Gerard |
| 4219 | | 11/21/2023 | X | X | Progress notes for GZ for MDS correction by J. Haller |
| 3475 | | 11/21/2023 | X | X | FF 6/6/2017 MDS Form |
| 3480 | | 11/21/2023 | X | X | FF 6/6/2017 Audit Report by J. Haller |
| 3477 | | 11/21/2023 | X | X | FF Progress Notes by S. Gerard |
| 3476 | | 11/21/2023 | X | X | FF Progress Notes by J. Haller |
| 3550 | | 11/21/2023 | X | X | DH 6/23/2017 MDS Form |
| 3555 | | 11/21/2023 | X | X | DH 6/23/2017 Audit Report by J. Haller |
| 3556 | | 11/21/2023 | X | X | DH Progress Notes by S. Gerard |
| 3549 | | 11/21/2023 | X | X | DH Progress Notes by J. Haller |
| 3794 | | 11/21/2023 | X | X | RM 6/15/2017 MDS Form |
| 3800 | | 11/21/2023 | X | X | RM 6/15/2017 Audit Report by J. Haller |
| 3801 | | 11/21/2023 | X | X | RM Progress Notes byt S. Gerard |
| 3799 | | 11/21/2023 | X | X | RM Progress Notes by J. Haller |
| 3423 | | 11/21/2023 | X | X | WD 6/17/2017 MDS Form |
| 3440 | | 11/21/2023 | X | X | WD 6/17/2017 Audit Report by J. Haller |
| 3433 | | 11/21/2023 | X | X | WD Progress Notes by J. Haller |
| | F19 | 11/28/2023 | X | X | List of Patient Diagnosis for CH |
| | F50 | 11/28/2023 | X | X | CH Medical File |
| | F29 | 11/28/2023 | X | X | Activities Assessment for WD |
| | F17 | 11/28/2023 | X | X | Diagnosis Audit Report for WD |
| | F28 | 11/28/2023 | X | X | Medical file for WD |
| | F22 | 11/28/2023 | X | X | Diagnosis for Patient RM |
| | F21 | 11/28/2023 | X | X | Diagnosis for Patient TM |
| | F20 | 11/28/2023 | X | X | Diagnosis for Patient DH |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

UNITED STATES OF AMERICA  vs.  SUSAN GILBERT et. al.   CASE NO. 2:21-cr-79

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | F18 | 11/28/2023 | X | X | Audit Report for FF |
|  | F23 | 11/28/2023 | X | X | Diagnosis for Patient GZ |
|  | F3 | 11/28/2023 | X | X | Ground Floor Map of Mount Lebanon facility |
|  | F6 | 11/28/2023 | X |  | Census list for CH |
|  | F4 | 11/28/2023 | X |  | Census list for WD |
|  | F9 | 11/28/2023 | X |  | Census List for RM |
|  | F8 | 11/28/2023 | X |  | Census List for TM |
|  | F7 | 11/28/2023 | X |  | Census List for DH |
|  | F5 | 11/28/2023 | X |  | Census List for FF |
|  | F10 | 11/28/2023 | X |  | Census List for GZ |
|  | F56 | 11/28/2023 | X | X | Email 5/15/2017 from J. Haller to J. Fowlkens |
|  | F58 | 11/28/2023 | X |  | Navi Health Scorecard |
| 4213 |  | 11/28/2023 | X |  | MDS Report for GZ |
| 2224 |  | 11/28/2023 | X | X | Email to Sam Halper from J. Reichard |
| 2225 |  | 11/28/2023 | X | X | Attachment to email to sam Halper from J. Reichard re Nursing Care Hours |
| 3274 |  | 11/28/2023 | X | X | Portion of Email from H. Pannell to S. Halper October 2014 |
| 2215 |  | 11/28/2023 | X | X | S. Halper response email to H. Pannell |
|  | F27 | 11/29/2023 | X | X | Progress Note by Malia Black |
|  | F86 | 11/29/2023 | X | X | Activity Participation review for 6/23/2017 |
|  | F90 | 11/29/2023 | X | X | Progress notes by S. Gerard dated 6/20/2017 |
|  | F89 | 11/29/2023 | X | X | Progress Notes by S. Gerard for June 2017 |
|  | F26 | 11/29/2023 | X | X | Progress Notes by J. Haller for June 30, 2017 |
|  | F54 | 11/29/2023 | X | X | Medical File for Resident GZ |
|  | G1 | 11/29/2023 | X | X | Written Discipline for V. Miller |
|  | 3274A | 11/29/2023 | X | X | Excel spreedsheet |
| 4433 |  | 11/30/2023 | X | X | Text Message from Y. Naditich to S. Gilbert |
| 4434 |  | 11/30/2023 | X | X | Text Message from Y. Naditich to P. McCleary |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | SUSAN GILBERT et. al. | | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 4435 | | 11/30/2023 | X | X | Text Message from Y Naditich to P. Mccleary and S. Glbert |
| 4436 | | 11/30/2023 | X | X | Text Message from Y. Naditich to S. Gilbert and P. McCleary |
| 4437 | | 11/30/2023 | X | X | Text Message from Y. Naditich S. Gilbert and |
| 4451 | | 11/30/2023 | X | | Text Message from Y. Naditich |
| 2353 | | 11/30/2023 | X | X | letter of resignation with redaction |
| | G4 | 11/30/2023 | X | X | Email to Y.Naditich, S. Gilbert and V. Miller and E. Trobanian |
| | G3 | 11/30/2023 | X | X | Email 10/11/2018 from M. Stillwagon to multiple recipients |
| | G7 | 11/30/2023 | X | X | Email from J. Pardy to Multiple recipients |
| | G10 | 11/30/2023 | X | X | Email from M. Stillwagon to multiple recipients 8/12/2019 |
| | G12 | 11/30/2023 | X | X | Email from N. Hardaway to multiple recipients 1/20/2020 |
| | G13 | 11/30/2023 | X | X | Email from N. Hardaway to multiple recipients |
| | G21 | 11/30/2023 | X | X | Text Message from Y. Naditich to M. Stillwagon |
| | G14 | 11/30/2023 | X | X | Mt. Lebanon extra bonus time sheets |
| | G11 | 11/30/2023 | X | X | Email from D. Ferraro 2/28/2020 |
| | G17 | 11/30/2023 | X | | Photo from 1/22/21 |
| | G18 | 11/30/2023 | X | | Photo from 1/22/21 |
| 4721 | | 11/30/2023 | X | X | Stipulation as to Authenticity of Records |
| 4609 | | 11/30/2023 | X | X | Excel Spreadsheet re: Cost Comparison |
| 4618 | | 11/30/2023 | X | X | Nurising Totals Bar Graph Chart |
| 4619 | | 11/30/2023 | X | X | Registered Nurse Line Graph Chart |
| 4620 | | 11/30/2023 | X | X | Resident Care and Nursing Expenses Chart |
| 4617 | | 11/30/2023 | X | X | Resident Care and Nursing Expenses Chart |
| 4612 | | 11/30/2023 | X | X | Spreadsheet re: Claims Data |
| 4610 | | 11/30/2023 | X | X | Reimbursement Summary Chart |
| 4611 | | 11/30/2023 | X | X | Total Reimbursement Chart |
| 4615 | | 11/30/2023 | X | X | Reimbursement Summary Chart |
| 4616 | | 11/30/2023 | X | X | Total Reimbursement Chart |

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | SUSAN GILBERT et. al. | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 4613 | | 11/30/2023 | X | X | Reimbursement Summary Chart |
| 4614 | | 11/30/2023 | X | X | Total Reimbursement Chart |
| | 4225 | 11/30/2023 | X | X | Report Calendar |
| | E36 | 11/30/2023 | X | X | Email |
| | E37 | 11/30/2023 | X | X | 3/19/21 Email |
| 3082A | | 11/30/2023 | X | X | Bank Account Document |
| 4708B | | 11/30/2023 | X | X | Bank Account Records |
| 4707B | | 11/30/2023 | X | X | Line Item Info |
| 4386 | | 12/1/2023 | X | X | Snapshot of Staff and PPD going back to 2014 with limitation |
| 4300 | | 12/1/2023 | X | X | Staffing sheet |
| | D23 | 12/1/2023 | X | X | Hamilton 23 - Staffing Sheet |
| | D4 | 12/1/2023 | X | X | Hamilton 4 - ATC HealthCare Invoice Staffing Sheet Dated 7/19/2018 |
| | D6 | 12/1/2023 | X | X | Hamilton 6 - ATC Healthcare Staffing Invoice for J. Millie - Invoice Date 8/9/2018 |
| | D8 | 12/1/2023 | X | X | Hamilton 8 - Staffing Invoice - Invoice Date 8/3/2018 |
| | D9 | 12/1/2023 | X | X | Hamilton 9 Invoice for P. Rankin Invoice Date 8/9/2018 |
| | D10 | 12/1/2023 | X | X | Hamilton 10 - Liken Invoice- Invoice Date 10/26/2018 |
| | D12 | 12/1/2023 | X | X | Hamilton 12 - All American Invoice - Invoice Date 10/26/2018 |
| | D13 | 12/1/2023 | X | X | Hamilton 13 - Timesheet J. Wojciechowski 10/14/2018 to 10/18/2018 |
| | D19 | 12/1/2023 | X | X | Hamilton 19 - Care Unlimited Invoice for Shield 7/10/19 |
| | D20 | 12/1/2023 | X | X | Hamilton 20- Flagstar Invoice for C. Ward - Invoice Date 3/16/2019 |
| | D21 | 12/1/2023 | X | X | Hamilton 21- Flagstar Invoice - Invoice Date 3/16/2019 for C. Heusey |
| | D22 | 12/1/2023 | X | X | Hamilton 22 - All American Invoice - Invoice Date 3/15/2019 |
| | B3 | 12/1/2023 | X | X | Halper 3 - 7/31/2013 Inspection Report |
| | B4 | 12/1/2023 | X | X | Staffing Agency Email to S. Halper dated 4/16/2014 |
| | B1 | 12/1/2023 | X | X | Halper 1 Agreement - One Section Conditionally Admitted in Part |
| | B5 | 12/1/2023 | X | X | Halper 5 - Raise Approval for S. Harrington |
| | B7 | 12/1/2023 | X | | TimeLine of events for S. Harrington |

Page   6   of   16   Pages

≥AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | VS. | SUSAN GILBERT et. al. | | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| | 4231 | 12/4/2023 | X | X | RDI Manual (Gov Exhibit List - Defense Admitted) October 2019 |
| | E40 | 12/4/2023 | X | X | Nuring ADL Clarification Note written by K. Gleason |
| | E43 | 12/4/2023 | X | X | Nursing ADL Clarification Note written by K. Gleason |
| | E44 | 12/4/2023 | X | X | Nursing ADL Clarification Note written by K. Gleason |
| | E41 | 12/4/2023 | X | X | Email from M. Romeo to K. Gleason et al dated 6/4/2020 |
| 4241 | | 12/4/2023 | X | X | Resident Data Reporting Manual |
| 4229 | | 12/4/2023 | X | X | Powerpoint exert explaining Medicaid MDS |
| 4724 | | 12/4/2023 | X | X | Full Powerpoint Demonstrative Purposes |
| 4225 | | 12/4/2023 | X | X | CMI Report Calendar |
| 3419 | | 12/4/2023 | X | X | Resident TD September 2017-August 2018 Assessment |
| 3415 | | 12/4/2023 | X | X | MDS Items - Audit Report March 2018 Assessment |
| 3420 | | 12/4/2023 | X | X | Progress Note by J. Haller |
| 4195 | | 12/4/2023 | X | X | Score Report for A.Z. |
| 4194 | | 12/4/2023 | X | X | Assessment History Report for A.Z |
| 4202 | | 12/4/2023 | X | X | Audit Report for A.Z. |
| 4211 | | 12/4/2023 | X | X | InActivation Request for A.Z. |
| 3864 | | 12/4/2023 | X | X | Score Report for A.P. |
| 3865 | | 12/4/2023 | X | X | Assessment History Report for A.P. |
| 3860 | | 12/4/2023 | X | X | Audit Report A.P. |
| 3866 | | 12/4/2023 | X | X | Progress Notes by J. Haller for A.P. |
| 3876 | | 12/4/2023 | X | X | Progress Notes by J. Haller for Cheswick |
| 3795 | | 12/4/2023 | X | X | Outcome Summary Report RM |
| 3802 | | 12/4/2023 | X | X | Assessment History Report RM |
| 3558 | | 12/4/2023 | X | X | Assessment History Report DH |
| | F24 | 12/4/2023 | X | X | CMI Rooster Report for August 2017 - for Mt. Lebanon |
| | F100 | 12/5/2023 | X | X | Staffing Note |
| | F31 | 12/5/2023 | X | | CMI Report for May 2018 - Grove at New Castle |

Page   7   of   16   Pages

AO 187A (Rev. 7/87)                     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | SUSAN GILBERT et. al. | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F96 | 12/5/2023 | X | X | Demographic sheet from the medical record for A.Z. |
| | F97 | 12/5/2023 | X | X | CMI for August 2019 for Grove at Latrobe |
| | F98 | 12/5/2023 | X | X | CMI for Grove at New Castle |
| | F42 | 12/5/2023 | X | X | CMI Report for Cheswick May 2018 |
| | **F101** | 12/5/2023 | X | X | Contract for K. Weaver Services |
| | R1 | 12/5/2023 | X | | Romeo Demonstrative 1 - RUG Categories with Rehab - PA Medicaid CMI |
| | E46 | 12/5/2023 | X | X | Email from M. Romeo to K. Weaver |
| | E47 | 12/5/2023 | X | X | Email from M. Romeo to K. Weaver |
| | E48 | 12/5/2023 | X | X | MDS for AP |
| | B7 | 12/5/2023 | X | | Agreement between Amerihealth and Brighton |
| | B8 | 12/5/2023 | X | | Agreement between Amerihealth and Mount Lebanon |
| 4227 | | 12/5/2023 | X | X | CMI RUG Scores and Numeric Value |
| 1049 | | 12/5/2023 | X | X | CMI and MDS Emails for Brighton |
| 1051 | | 12/5/2023 | X | X | CMI and MDS Emails for Brighton |
| 3524 | | 12/5/2023 | X | X | MDS Section G |
| 3527 | | 12/5/2023 | X | X | Audit Report by C. Johnson for C.G. |
| 3612 | | 12/5/2023 | X | X | MDS Assessment for S.K. |
| 3621 | | 12/5/2023 | X | X | Audit Report by C. Johnson for S.K. |
| 3620 | | 12/5/2023 | X | X | Audit Report for C. Green for S.K. |
| 3626 | | 12/5/2023 | X | X | Note by C. Green for S.K. |
| 4732 | | 12/5/2023 | X | X | Text Messages between RNAC at South HIlls and M.Romeo and C. Johnson |
| 4731 | | 12/5/2023 | X | X | Text Messages between J. Haller and C. Johnson |
| | E35 | 12/6/2023 | X | X | Email from K. Weaver to B. Adams et al |
| | E97 | 12/6/2023 | X | X | Email dated 8/12/2020 including C. Johnson |
| | **E52-E96** | 12/6/2023 | X | X | Case Mix Reports uploaded to the state. |
| | RD2 | 12/6/2023 | X | | Romeo Demonstrative 2 |
| | E99 | 12/6/2023 | X | X | Email from Michelle to MDS Nurses including C. Johnson |

Page   8   of   16   Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | SUSAN GILBERT et. al. | | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | E119 | 12/6/2023 | X | X | Email with Training information for CNA that was sent to C. Johnson et al |
| | E101 | 12/6/2023 | X | X | Email from Mi. Romeo to C. Johnson |
| | E102 | 12/6/2023 | X | X | Email from M. Romeo to C. Johnson April 2021 |
| | E109 | 12/6/2023 | X | X | Email forwarded from M. Romeo to C. Johnson |
| | E111 | 12/6/2023 | X | X | Email from C. Johnson to M. Romeo re ADI Training |
| 3815 | | 12/6/2023 | X | X | Gov Exhibit 3815 - Admitted by Defense - Note by C. Johnson |
| | F111 | 12/6/2023 | X | X | C. Johnson Immunity Lettter |
| | F106-F110 | 12/6/2023 | X | X | Audit Reports by B. Bolt |
| 4068 | | 12/6/2023 | X | X | Gov Exhibit admitted by defense - Progress notes for B.R. |
| | E120 | 12/6/2023 | X | X | Email April 2020 |
| | E121 | 12/6/2023 | X | X | Email String from M. Romeo |
| | E122 | 12/6/2023 | X | X | Emails May 18th |
| 4659A | | 12/6/2023 | X | X | DHS Quarterly Rates Chart |
| 4658 | | 12/6/2023 | X | X | DHS Claims payment for 15 facilities |
| 4660A - 4675 A | | 12/6/2023 | X | X | Chart summarizing CMI Data - Exhibits 460A through 4675A |
| 340 | | 12/7/2023 | X | X | MLRWC Provider Agreement |
| 333 | | 12/7/2023 | X | X | Brighton Enrollment application |
| 342 | | 12/7/2023 | X | X | Monroeville CHOW PROMISe Provider Agreement |
| 345 | | 12/7/2023 | X | X | Murrysville CHOW PROMISe Provider Agreement |
| 346 | | 12/7/2023 | X | X | NSRWC CHOW PROMISe Provider Agreement |
| 350 | | 12/7/2023 | X | X | SHRWC CHOW PROMISe Provider Agreement |
| 353 | | 12/7/2023 | X | X | TGG CHOW PROMISe Provider Agreement |
| 355 | | 12/7/2023 | X | X | TGH CHOW PROMISe Provider Agreement |
| 360 | | 12/7/2023 | X | X | TGLCHOW PROMISe Provider Agreement |
| 362 | | 12/7/2023 | X | X | TGNC CHOW PROMISe Provider Agreement |
| 364 | | 12/7/2023 | X | X | TGNW CHOW PROMISe Provider Agreement |
| 367 | | 12/7/2023 | X | X | TGW CHOW PROMISe Provider Agreement |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | SUSAN GILBERT et. al. | | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 356 | | 12/7/2023 | X | X | TGI Provider Summary |
| 334 | | 12/7/2023 | X | X | Cheswick CHOW PROMISe Provider Agreement |
| 376 | | 12/7/2023 | X | X | Brighton Medicare |
| 448 | | 12/7/2023 | X | X | Mt. Lebanon Medicare |
| 4650A | | 12/7/2023 | X | X | 7/17/2018 Survey |
| 4719 | | 12/7/2023 | X | X | Brighton Combined Demostratives |
| 4652A | | 12/7/2023 | X | X | Mt. Lebanon Summary of false entries |
| 4720 | | 12/7/2023 | X | X | MLWRC Combined Demonstratives |
| 4388A | | 12/7/2023 | X | X | Time Card for S. Gilbert and Y. Naditch |
| 4401A | | 12/7/2023 | X | X | Extra Shift Bonus Sheet |
| 4401B | | 12/7/2023 | X | X | Daily Schedule for 10/13/18 |
| 1607 | | 12/7/2023 | X | X | Email with response from S. Halper |
| 1610 | | 12/7/2023 | X | X | Emailwith response from S. Halper |
| 1611 | | 12/7/2023 | X | X | Email from A. Chobanian with response from S. Haloer |
| 1612 | | 12/7/2023 | X | X | Email from A. Chobanian with Census Sheet |
| 1778 | | 12/7/2023 | X | X | Email 10/21/2018 from A. Chobanian with Census Sheet |
| 1613 | | 12/7/2023 | X | X | Email from A. Chobanian |
| 1615 | | 12/7/2023 | X | X | Email from A. Chobanian |
| 2532 | | 12/7/2023 | X | X | Other facitlity staffing |
| 2331 | | 12/7/2023 | X | X | Letters from Dept of Health to S. Gilbert |
| 2369 | | 12/7/2023 | X | X | Email from S. Gilbert to Team O2 |
| 2370 | | 12/7/2023 | X | X | Email from S. Gilbert to Team O2 |
| 2422 | | 12/7/2023 | X | X | Email from S. Gilbert to A. Nelis with attachments |
| 2423 | | 12/7/2023 | X | X | Staffing Sheets Associated with Jan 2020 |
| 3274 | | 12/7/2023 | X | X | Email from M. Lahasky 10/3/14 - Inflated PPD Email |
| 2262 | | 12/7/2023 | X | X | Email 2/17/2017 to M. Jordan |
| 1900 | | 12/7/2023 | X | X | Email 3/1/2017 from M. Jordan |

Page 10 of 16 Pages

| UNITED STATES OF AMERICA | | vs. | | SUSAN GILBERT et. al. | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1834 | | 12/7/2023 | X | X | Email 5/2/17 re Beholds |
| 1253 | | 12/7/2023 | X | X | Email exchange |
| 2144 | | 12/7/2023 | X | X | Email re Brighton Staffing |
| 2130 | | 12/7/2023 | X | X | Email from J. Reicher to S. Halper re staffing |
| 2046 | | 12/7/2023 | X | X | Email from J. Reicher to T. Lowden and T. Lowden to E. Hamilton re ppd |
| 1870 | | 12/7/2023 | X | X | Email from T. Lowden to E. Hamilton - DOH Tag |
| 2276 | | 12/7/2023 | X | X | Email Chain - E Hamilton most recent email |
| 2038 | | 12/7/2023 | X | X | 7/19/2018 Email Chain |
| 2106 | | 12/7/2023 | X | X | 9/4/2018 Email Chain |
| 2082 | | 12/7/2023 | X | X | 1/29/2019 Email Chain |
| 2073 | | 12/7/2023 | X | X | 9/20/2019 Email Chain |
| 1355 | | 12/7/2023 | X | X | 11/3/2019 Email Chain |
| 1359 | | 12/7/2023 | X | X | 11/4/2019 Email Chain |
| 2025 | | 12/7/2023 | X | X | 1/10/2020 Email Chain |
| 1239 | | 12/7/2023 | X | X | 9/30/2014 Email Chain |
| 1153 | | 12/7/2023 | X | X | 8/10/2015 Email Chain |
| 1161 | | 12/7/2023 | X | X | 9/24/2015 Email Chain |
| 1121 | | 12/7/2023 | X | X | 12/14/2015 Email Chain |
| 1133 | | 12/7/2023 | X | X | 2/10/2016 Email Chain |
| 1137 | | 12/7/2023 | X | X | 2/16/2016 Email Chain |
| 1089 | | 12/7/2023 | X | X | 5/21/2016 Email Chain |
| 1289 | | 12/7/2023 | X | X | 10/10/2016 Email Chain |
| 1298 | | 12/7/2023 | X | X | 10/24/2016 Email Chain |
| 1301 | | 12/7/2023 | X | X | 10/25/2016 Email Chain |
| 1312 | | 12/7/2023 | X | X | 11/10/2016 Email Chain |
| 1096 | | 12/7/2023 | X | X | 3/9/2016 Email Chain |
| 1086 | | 12/7/2023 | X | X | 8/9/2016 Email Chain |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | SUSAN GILBERT et. al. | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 1512 | | 12/7/2023 | X | X | 9/19/2017 Email Chain |
| 3012 | | 12/7/2023 | X | X | Email to Savoy Bank |
| 1316 | | 12/7/2023 | X | X | Email chain from S. Halper to M. Lechtner/Romeo |
| 1844 | | 12/7/2023 | X | X | 1/8/2018 Email Chain |
| 1846 | | 12/7/2023 | X | X | 1/17/2018 Email Chain |
| 1247 | | 12/7/2023 | X | X | 2/13/2018 Email Chain |
| 1384 | | 12/7/2023 | X | X | 4/5/2018 Email Chain |
| 1073 | | 12/7/2023 | X | X | 5/22/2018 Email Chain |
| 1382 | | 12/7/2023 | X | X | 6/13/2018 Email Chain |
| 1385 | | 12/7/2023 | X | X | 4/5/2018 Email Chain |
| 2321 | | 12/7/2023 | X | X | 8/20/2018 Email Chain |
| 1401 | | 12/7/2023 | X | X | 8/4/2016 Email Chain |
| 1288 | | 12/7/2023 | X | X | 10/3/2016 Email Chain |
| 1145 | | 12/7/2023 | X | X | 7/31/2015 Email Chain |
| 1391 | | 12/7/2023 | X | X | 9/12/2016 Email Chain |
| 1378 | | 12/8/2023 | X | X | 10/30/2018 Email Chain |
| 1271 | | 12/8/2023 | X | X | 7/28/2017 Email Chain |
| 2281 | | 12/8/2023 | X | X | 11/2/2019 Email Chain |
| 4712 | | 12/8/2023 | X | X | 1/15/2013 RedactedEmail Chain |
| 1109 | | 12/8/2023 | X | X | 4/18/2016 Email Chain |
| 4713 | | 12/8/2023 | X | X | 5/9/2018 Email Chain |
| 3004A | | 12/8/2023 | X | X | Expense Report for Western PA Consultants for J. Haller |
| 3385 | | 12/8/2023 | X | X | MDS for H.D. |
| 3396 | | 12/8/2023 | X | X | Progress Note 7/23/2019 documenting PHQ 9 |
| 3403 | | 12/8/2023 | X | X | Audit Report for D 200 and 300 |
| 3732 | | 12/8/2023 | X | X | Audit Report for M.M. |
| 3737 | | 12/8/2023 | X | X | MDS for M.M |

Page  12  of  16  Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | SUSAN GILBERT et. al. | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 4021 | | 12/8/2023 | X | X | Audit Report for J.S. |
| 4022 | | 12/8/2023 | X | X | MDS for J.S. |
| 4027 | | 12/8/2023 | X | X | Progress notes by J. Haller |
| | B9 | 12/8/2023 | X | X | 3/7/2016 Email Chain |
| | B10 | 12/8/2023 | X | X | 10/3/2016 Email Chain |
| | B11 | 12/8/2023 | X | X | 9/20/2019 Email Chain |
| | B12 | 12/8/2023 | X | X | 9/4/2018 Email Chain |
| | JH1 | 12/8/2023 | X | | Haller Demonstrative 1 - Google Map |
| | F115 | 12/8/2023 | X | X | Thieabold Progress Note |
| | F119 | 12/8/2023 | X | X | Audit Report for M.M. with an ARD 11/14/2019 |
| | JH3 | 12/8/2023 | X | | Haller Demonstrative 3 - MM MDS Assessment |
| | F114 | 12/8/2023 | X | X | Progress Note updated by J. Haller |
| | F116 | 12/8/2023 | X | X | Admission Record 6/15/2018 |
| 4028 | | 12/8/2023 | X | X | Progress Notes for JS entered by S. Gerard - Government Exhibit Admitted by Defense |
| | F105 | 12/8/2023 | X | X | Diagnosis Sheet for J.S. |
| | JH2 | 12/8/2023 | X | | Haller Demonstrative 2 - Google Map |
| 3394 | | 12/8/2023 | X | X | Scoring Report for H.D. - Government Exhibit Admitted by Defense |
| | F45 | 12/8/2023 | X | X | Screen Capture from Point Click Care for H.D. |
| | F2 | 12/8/2023 | X | X | 7/10/2017 Email Chain re exprense report |
| | F33 | 12/8/2023 | X | X | Email Thread re Expense Report |
| | F121 | 12/8/2023 | X | X | 2/21/2019 Email Thread |
| | E26 | 12/8/2023 | X | X | Image from Michelles phone |
| 1139 | | 12/8/2023 | X | X | Government Exhibit Admitted by Defense - 7/30/2015 Email Chain |
| | G23 | 12/8/2023 | X | X | Letters to S. Gilbert |
| | G33 | 12/8/2023 | X | X | Fax 10/15/18 |
| | G44 | 12/8/2023 | X | X | Fax |
| | G34 | 12/8/2023 | X | X | Nursing Care Hours Sheet |

Page  13  of   16   Pages

AO 187A (Rev. 7/87)       **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | SUSAN GILBERT et. al. | | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | G24 | 12/8/2023 | X | X | Time Card 1/12/20 - 1/18/20 |
|  | G25 | 12/8/2023 | X | X | *G25A - Daily Schedule Sheet Mt. Lebanon 2/8/2020 |
|  | G26 | 12/8/2023 | X | X | *G26A - Daily Schedule Sheet Mt. Lebanon 2/9/2020 |
|  | G27 | 12/8/2023 | X | X | *G27C - Extra Shift Bonus Form |
|  | G28 | 12/8/2023 | X | X | *G28A - Daily Scheulde Sheet |
|  | G28 | 12/8/2023 | X | X | *G28B Time Card |
|  | G30 | 12/8/2023 | X | X | *G30A Daily Schedule Sheet for T. Benson |
|  | G30 | 12/8/2023 | X | X | *G30B - Time Card for T. Benson |
|  | G31 | 12/8/2023 | X | X | *G31A Bonus Form |
|  | G31 | 12/8/2023 | X | X | *G31B J. Partee Bonus Form |
|  | G32 | 12/8/2023 | X | X | Bonus Form for T. Davies |
|  | C1A | 12/8/2023 | X |  | Spreadsheet Punch Card Data |
|  | C1B | 12/8/2023 | X |  | Spreadsheet Punch Card Data |
|  | C2A | 12/8/2023 | X |  | Spreadsheet Punch Card Data |
|  | D3 | 12/11/2023 | X | X | Time Card for Brighton |
|  | D5 | 12/11/2023 | X | X | Time Card for Brighton |
|  | D10 | 12/11/2023 | X | X | *D 10A - Time Card Brighton |
|  | D6A | 12/11/2023 | X | X | Time Card for Brighton |
|  | D6 | 12/11/2023 | X |  |  |
|  | D8 | 12/11/2023 | X |  |  |
| 1397 |  | 12/11/2023 | X | X | Email Chain 7/11/2016 |
| 1422 |  | 12/11/2023 | X | X | Email Chain 8/26/2016 |
| 1519 |  | 12/11/2023 | X | X | Email Chain 12/8/2016 |
| 4737 |  | 12/11/2023 | X | X | Email |
|  | F40 | 12/11/2023 | X | X | J Haller Expense Reports |
| 3434 |  | 12/11/2023 | X | X | Assessment History Report for RM |
|  | F1 | 12/11/2023 | X | X | Email Chain with J. Haller and A. Mcateer |

Page  14  of  16  Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | SUSAN GILBERT et. al. | CASE NO. 2:21-cr-79 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F11 | 12/11/2023 | X | X | Audit Report |
| | F12 | 12/11/2023 | X | X | Audit Report |
| | F13 | 12/11/2023 | X | X | Audit Report |
| | F14 | 12/11/2023 | X | X | Audit Report |
| | F15 | 12/11/2023 | X | X | Audit Report |
| | F16 | 12/11/2023 | X | X | Audit Report for S. I. |
| | JH2 | 12/11/2023 | X | | Haller Demonstrative June 30 2017 Interviews |
| | E38 | 12/11/2023 | X | X | Email Chain |
| | E50 | 12/11/2023 | X | X | Brighton Visit Summary Report |
| | E51 | 12/11/2023 | X | X | Personel file for A. McAteer - on a limited basis |
| 4772 | | 12/12/2023 | X | X | Additional Stipulations re Authentication |
| 3759 | | 12/12/2023 | x | x | MDS for TM - cross check for 3753 |
| | E126 | 12/12/2023 | X | X | K. Lightner review at Brighton |
| | E127 | 12/12/2023 | X | X | Review or Report |
| 1158 | | 12/12/2023 | X | X | Admitted by Defense - Email from S. Halper 9/1/2015 |
| | E129 | 12/12/2023 | X | X | Email dated 1/27/2020 from M.Romeo |
| | E128 | 12/12/2023 | X | X | Visit Summart Report for the Grove a New Wilmington |
| | E131 | 12/12/2023 | X | X | Audit Report for LG |
| | E130 | 12/12/2023 | X | X | Audit Report for JM |
| | E132 | 12/12/2023 | X | X | Assessment for SR |
| 4785 | | 12/12/2023 | X | X | Email |
| | C1A | 12/12/2023 | X | X | Punchcard Data |
| | C2A | 12/12/2023 | X | X | Punchcard Data |
| | B14 | 12/12/2023 | X | X | Summary of PPD Estimates |
| 4771 | | 12/12/2023 | X | | K. Lightner Report |
| 4778 | | 12/12/2023 | X | X | Daily Adjustment Sheet |
| 4782 | | 12/12/2023 | X | X | Punchcard data spreadsheet exerpt |

Page 15 of 16 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | SUSAN GILBERT et. al. | | CASE NO. 2:21-cr-79 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 4779 | | 12/12/2023 | X | X | Daily Adjustment Sheet | |
| 4783 | | 12/12/2023 | X | X | Punchcard data spreadsheet exerpt | |
| 4786 | | 12/12/2023 | X | X | Punchcard data spreadsheet exerpt | |
| 4788 | | 12/12/2023 | X | X | Email 12/4/2019 | |
| 4789 | | 12/12/2023 | X | X | Brighton PPD spreadsheet | |
| 4777 | | 12/12/2023 | X | | Spreadsheet Excerpt - Admitted as a Demonstrative Only | |
| 4362A | | 12/12/2023 | X | X | 4362A - PPD Calculation Sheet | |
| 4336A | | 12/12/2023 | X | X | 4336A - PPD Calculation Sheet | |
| 4336B | | 12/12/2023 | X | X | 4336B - PPD Calculation Sheet | |
| 4342A | | 12/12/2023 | X | X | 4342A - PPD Calculation Sheet | |
| 4781 | | 12/12/2023 | X | X | Excerpt of Punchcard data | |
| 4790 | | 12/12/2023 | X | X | Agency Staffing Invoices | |
| 4786 | | 12/12/2023 | X | X | Excerpt from punchcard data spread sheet | |

Page   16   of   16   Pages