IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 21-79-RJC |
| vs. | ) |
| | ) Judge Robert J. Colville |
| SUSAN GILBERT, SAM HALPER, EVA HAMILTON, MICHELLE ROMEO, JOHNNA HALLER, COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, d/b/a Brighton Rehabilitation and Wellness Center, and MT. LEBANON OPERATIONS, LLC d/b/a Mount Lebanon Rehabilitation and Wellness Center | ) ) ) ) ) ) ) ) ) |

**VERDICT SLIP**

We the Jury, following due deliberation in the above matter, unanimously return the following verdict:

1. As to Count 1, charging Defendants Sam Halper and Eva Hamilton with conspiring to defraud the United States by obstructing and interfering with the lawful governmental functions of the Centers for Medicare and Medicaid Services (CMS), a federal agency within the United States Department of Health and Human Services, in violation of Title 18, United States Code, Section 371,

    We the Jury find the Defendant Sam Halper:

    _____ Guilty    __X__ Not Guilty.


    We the Jury find the Defendant Eva Hamilton:

    _____ Guilty    __X__ Not Guilty

1

2. As to Count 2, charging Defendants Brighton Rehabilitation and Wellness Center, Sam Halper and Eva Hamilton with falsifying, concealing or covering up by trick, scheme or device material facts in connection with the delivery of or payment for health care benefits, in violation of Title 18, United States Code, Section 1035,

We the Jury find the Defendant Brighton Rehabilitation and Wellness Center:

__X__ Guilty    _____ Not Guilty

We the Jury find the Defendant Sam Halper:

_____ Guilty    __X__ Not Guilty

We the Jury find the Defendant Eva Hamilton:

_____ Guilty    __X__ Not Guilty

3. As to Counts 3 through 7, charging Defendants Brighton Rehabilitation and Wellness Center and Eva Hamilton with knowingly falsifying and making false statements in staffing records with the intent to impede, obstruct, or influence the investigation or proper administration of a matter within the jurisdiction of CMS, an agency of the United States, in violation of Title 18, United States Code, Section 1519,

As to Count 3 (dated 7/18/2018):

We the Jury find the Defendant Brighton Rehabilitation and Wellness Center:

__X__ Guilty    _____ Not Guilty

We the Jury find the Defendant Eva Hamilton:

_____ Guilty    __X__ Not Guilty

As to Count 4 (dated 7/30/2018):

We the jury find the Defendant Brighton Rehabilitation and Wellness Center:

__X__ Guilty  _____ Not Guilty

We the Jury find the Defendant Eva Hamilton:

_____ Guilty  __X__ Not Guilty

As to Count 5 (dated 4/1/2019):

We the jury find the Defendant Brighton Rehabilitation and Wellness Center:

__X__ Guilty  _____ Not Guilty

We the Jury find the Defendant Eva Hamilton:

_____ Guilty  __X__ Not Guilty

As to Count 6 (dated 9/8/2019):

We the jury find the Defendant Brighton Rehabilitation and Wellness Center:

__X__ Guilty  _____ Not Guilty

We the Jury find the Defendant Eva Hamilton:

_____ Guilty  __X__ Not Guilty

As to Count 7 (dated 1/22/2020):

We the jury find the Defendant Brighton Rehabilitation and Wellness Center:

__X__ Guilty       _____ Not Guilty

We the Jury find the Defendant Eva Hamilton:

_____ Guilty       __X__ Not Guilty

4. As to Count 8, charging Defendant Susan Gilbert with conspiring to defraud the United States by obstructing and interfering with the lawful governmental functions of CMS, a federal agency within the United States Department of Health and Human Services, in violation of Title 18, United States Code, Section 371,

We the Jury find the Defendant Susan Gilbert:

_____ Guilty       __X__ Not Guilty

5. As to Count 9, charging Defendants Mount Lebanon Rehabilitation and Wellness Center and Susan Gilbert with falsifying, concealing or covering up by trick, scheme or device material facts in connection with the delivery of or payment for health care benefits, in violation of Title 18, United States Code, Section 1035,

We the Jury find the Defendant Mount Lebanon Rehabilitation and Wellness Center:

__X__ Guilty       _____ Not Guilty

We the Jury find the Defendant Susan Gilbert:

_____ Guilty       __X__ Not Guilty

6. As to Counts 10 through 12, charging Defendants Mount Lebanon Rehabilitation and Wellness Center and Susan Gilbert with knowingly falsifying and making false statements in staffing records with the intent to impede, obstruct, or influence the investigation or proper administration of a matter within the jurisdiction of CMS, an agency of the United States, in violation of Title 18, United States Code, Section 1519,

   As to Count 10 (dated 11/13/2019):

   We the Jury find the Defendant Mount Lebanon Rehabilitation and Wellness Center:

   __X__ Guilty      _____ Not Guilty

   We the Jury find the Defendant Susan Gilbert:

   _____ Guilty      __X__ Not Guilty

   As to Count 11 (dated 1/3/2020):

   We the Jury find the Defendant Mount Lebanon Rehabilitation and Wellness Center:

   __X__ Guilty      _____ Not Guilty

   We the Jury find the Defendant Susan Gilbert:

   _____ Guilty      __X__ Not Guilty

   As to Count 12 (dated 2/20/2020):

   We the Jury find the Defendant Mount Lebanon Rehabilitation and Wellness Center:

   __X__ Guilty      _____ Not Guilty

    We the Jury find the Defendant Susan Gilbert:

    _____ Guilty     __X__ Not Guilty

7. As to Count 14, charging Defendants Sam Halper, Michelle Romeo and Johnna Haller with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349,

    We the Jury find the Defendant Sam Halper:

    _____ Guilty     __X__ Not Guilty

    We the Jury find the Defendant Michelle Romeo:

    _____ Guilty     __X__ Not Guilty

    We the Jury find the Defendant Johnna Haller:

    _____ Guilty     __X__ Not Guilty

8. As to Count 15, charging Defendants Michelle Romeo and Johnna Haller with knowingly and willfully executing and attempting to execute a scheme and artifice to defraud Medicare and Medicaid, and to obtain or cause to be obtained, by means of materially false and fraudulent pretenses, representations and promises, money under the custody and control of Medicare and Medicaid in connection with the delivery of, and payment for, health care benefits and services, in violation of Title 18, United States Code, Section 1347,

    We the Jury find the Defendant Michelle Romeo:

    _____ Guilty     __X__ Not Guilty

We the Jury find the Defendant Johnna Haller:

_____ Guilty        __X__ Not Guilty

Dated: 12/18/2023
Pittsburgh, Pennsylvania

_____
Foreperson

7