**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,                                    ) | |
| ) | Criminal No. 21-79-RJC |
| vs.                                    ) | |
| ) | Judge Robert J. Colville |
| SUSAN GILBERT, SAM HALPER, EVA                          ) | |
| HAMILTON,    MICHELLE    ROMEO,      ) | |
| JOHNNA   HALLER,   COMPREHENSIVE   ) | |
| HEALTHCARE            MANAGEMENT    ) | |
| SERVICES,       LLC,      d/b/a      Brighton    ) | |
| Rehabilitation and Wellness Center, and MT.    ) | |
| LEBANON    OPERATIONS,    LLC    d/b/a    ) | |
| Mount Lebanon Rehabilitation and Wellness    ) | |
| Center                                    ) | |

## <u>ORDER OF COURT</u>

AND NOW, this 3rd day of June, 2024, upon consideration of Defendants',
Comprehensive Healthcare Management Services, LLC and Mt. Lebanon Operations, LLC's,
Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 (ECF No. 377) and Motion for
a New Trial Pursuant to Fed. R. Crim. P. 33 (ECF No. 420), and for the reasons set forth in this
Court's Opinion of the same date, it is hereby ORDERED that the Motions are denied.

BY THE COURT:

_/s/Robert J. Colville_____
Robert J. Colville
United States District Judge

cc: All counsel of record