# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                   )<br>)<br>COMPREHENSIVE HEALTHCARE )<br>MANAGEMENT SYSTEMS, LLC AND MT. )<br>LEBANON OPERATIONS, LLC,,         )<br>)<br>Defendants.            ) | Criminal No. 2:21-79-RJC -6,7 |

**HEARING ON   - SENTENCING**

Before Judge Robert J. Colville

Nicole Stockey, AUSA                                   Colin Callahan Esquire
Jacqueline Brown, AUSA
Appear for USA                                              Appear for Defendants

Probation – Larry Harkins

Hearing begun    5/20/25   at 10:00 a.m.      Hearing adjourned to _____
Hearing concluded  5/20/25 at  12:20 p.m.    Stenographer : S. Siatkowski
                                                                         Clerk: C. Orendi

**WITNESSES:**

For Government                                            For Defendant

   Marilyn Ali
   Jaime Worthy-Smith

Court details background of case; Oath administered to Corporate Representative Abe Pechman; Court remarks on Guidelines and pertinent Supreme Court & Circuit Court decisions; Court discusses objections to Presentence Report; Court adopts the Presentence Report & addendum except as otherwise discussed on the record, Government calls Marilyn Ali to testify; Government presents its argument in regard to an appropriate sentence for Mt. Lebanon Operations; Defense Counsel presents its argument in regard to an appropriate sentence and makes a Motion for a Downward Variance in regard to Mt. Lebanon Operations; Court denies The Motion for Downward Variance in regard to Mt. Lebanon Operations; Sentence Imposed: The defendant Mt. Lebanon Operations, LLC is sentenced to Probation for a term of 1 year at each of counts 9, 10, 11, and 12 to run concurrently w/standard and additional conditions, (more fully stated in Judgment); Restitution ordered in the amount of $2,721,312.10 (Interest waived) (payment details stated more fully in Judgment); Fine waived; Special Assessment of $1,600 ($400 at each of counts 9, 10, 11 and 12), due immediately; Government calls Jaime Worthy-Smith to testify; Government presents its argument in regard to an appropriate sentence for Comprehensive Healthcare (Brighton); Defense Counsel presents its

argument in regard to an appropriate sentence; Sentence Imposed: The defendant Comprehensive Healthcare Management Systems LLC is sentenced to Probation for a term of 5 years at each of counts 2, 3, 4, 5, 6, and 7 to run concurrently w/standard and additional conditions, (more fully stated in Judgment); Restitution ordered in the amount of $12,629,257.46 (Interest waived) (payment details stated more fully in Judgment); Fine waived;   Special Assessment of $2,400 ($400 at each of counts 2, 3, 4, 5, 6, 7, due immediately; Court states its reasons for imposition of Sentence; Court advises defendants of appeal rights; All as Further Stated on the Record.