# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC d/b/a Brighton Rehabilitation and Wellness Center, | ) Case No. 2:21-cr-00079-RJC ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Defendant Comprehensive Healthcare Management Services, LLC ("Brighton") appeals to the United States Court of Appeals for the Third Circuit from the final judgment and sentence entered in this action against Brighton (ECF No. 466) on May 22, 2025, to include the Court's order denying Brighton's post-conviction motions for a judgment of acquittal or a new trial (ECF No. 428).

Dated: May 28, 2025

Respectfully Submitted,

*/s/ Colin J. Callahan*
Colin J. Callahan, P.A. ID No. 328033
Flannery Georgalis, LLC
436 Seventh Avenue, Ste. 2100
Pittsburgh, PA 15219
(412) 213-4246
ccallahan@flannerygeorgalis.com

*Counsel for Defendant Comprehensive Healthcare Management Services, LLC*